STATE v. PREVATTE

No. 126A95

Case below: Anson County Superior Court

Motion by defendant (Prevatte) for appropriate relief denied 8 May 1997.

STATE v. ROBINSON

No. 135P97

Case below: 125 N.C.App. 422

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STATE v. STEELE

No. 184P97

Case below: 125 N.C.App. 746

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

STATE v. WETZEL

No. 96P97

Case below: Richmond County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Richmond County denied 8 May 1997.

STATE v. WHITEHEAD

No. 125P97

Case below: 125 N.C.App. 422

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.